UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-CIV-80989-WJZ

Dwightray Shuff,
and all similarly situated
individuals,

    Plaintiff,

vs.

Ranger Construction Industries, Inc.,
a Florida Corporation,

    Defendant.
_____/

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL OF RECORD

Effective immediately, counsel for the Plaintiff, Rosenthal, Levy & Simon, P.A., hereby notifies the clerk of the court of the departure of attorney, Andrew R. Frisch, Esquire, from the law firm of Rosenthal, Levy & Simon, P.A., and hereby requests substitution of lead counsel of record in this cause to reflect as Plaintiff's counsel, Alan M. Aronson, Esquire, Rosenthal, Levy & Simon, P.A., 1645 Palm Beach Lakes Boulevard, Suite 350, West Palm Beach, FL 33401

Respectfully Submitted,

Alan M. Aronson, Esquire
ROSENTHAL, LEVY & SIMON, P.A.
Counsel for Plaintiff
1645 Palm Beach Lakes Blvd., Suite 350
West Palm Beach, FL 33401
Telephone: (561) 478-2500
Facsimile: (561) 478-3111

s/Alan M. Aronson
Alan M. Aronson, Esquire
Florida Bar No.: 895997

SHUFF, Dwightray v. Ranger Construction Industries, Inc.(AMA)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida, this ____ day of January, 2008, by using the CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

s/Alan M. Aronson
Alan M. Aronson, Esquire
Florida Bar No.: 895997